**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 419 EAL 2018

             Respondent   :

                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court

           v.   :

                     :

MALIK ALSTON,   :

             Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.